52

655 A.2d 980

AMERICAN STATES INSURANCE COMPANY, Appellant,

v.

George B. WINELAND, III, and Virginia Wineland, his wife, individually and as Parents and Natural Guardians of Seth Wineland, a Minor.

Supreme Court of Pennsylvania.

Argued March 8, 1995.

Decided March 28, 1995.

Timothy J. Burdette, Stephen J. Poljak, Anstandig, Levicoff & McDyer, P.C., Pittsburgh, for appellant.

Richard Serbin, Joseph J. Nypaver, Levine, Reese & Serbin, Altoona, for appellees.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.